# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | **CASE NO. 8:08CR318** |
| )  | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **FINAL ORDER OF** |
| ) | **FORFEITURE** |
| **ARNETT BONNER,** ) | |
| **ALONZO WYNNE,** ) | |
| **DERMAINE DAVIS,** ) | |
| ) | |
| **Defendants.** ) | |

This matter comes on before the Court upon the United States' Motion for Final Order of Forfeiture and Motion to Dismiss (Filing No. 209). The Court reviews the record in this case and, being duly advised in the premises, finds as follows:

1. On February 27, 2009, the Court entered a Preliminary Order of Forfeiture (Filing No. 142) forfeiting the Defendants' interests in a Sig Sauer semi-automatic pistol, model P229, 9mm caliber, serial number AK-11820; a Colt six-shot revolver, Python, .357 caliber, serial number V35932; a Ruger semi-automatic pistol model Mark 1, .22 caliber, serial number 13-06838; $590.00; $17,890.00; $10,000.00; and $28,895.00.

2. The United States has informed the Court that, since the entry of said Preliminary Order, the $590.00 in United States Currency was returned to the owner.

3. Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on March 9, 2009 and on March 25, 2011, as required by Rule G(4)(a)(iii)(B) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. Declarations of

Publication were filed herein on May 8, 2009, and on August 26, 2011 (Filing Nos. 175 and 208).

4.  The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

IT IS ORDERED:

A.  The Plaintiff's Motion for Final Order of Forfeiture and Motion to Dismiss (Filing No. 209) is hereby sustained.

B.  Count IV of the Superseding Indictment concerning the $590.00 in United States Currency is hereby dismissed.

C.  All right, title and interest in and to the Sig Sauer semi-automatic pistol, model P229, 9mm caliber, serial number AK-11820; the Colt six-shot revolver, Python, .357 caliber, serial number V35932; the Ruger semi-automatic pistol model Mark 1, .22 caliber, serial number 13-06838; $17,890.00; $10,000.00; and $28,895.00, held by any person or entity, are hereby forever barred and foreclosed.  These properties are hereby forfeited to the United States of America.

D.  The United States is directed to dispose of all the properties in accordance with law.

DATED this 29th day of August, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge